# EXHIBIT B

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
11/12/2025
CT Log Number 550613574

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Texas**

**FOR:** Wal-Mart Stores Texas, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: BEARD BEATRICE // To: Wal-Mart Stores Texas, LLC |
| **DOCUMENT(S) SERVED:** | Citation, Return, Original Petition |
| **COURT/AGENCY:** | 149th Judicial District Court of Brazoria County, TX<br>Case # 137224CV |
| **NATURE OF ACTION:** | Personal Injury |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 11/12/2025 at 12:23 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after service |
| **ATTORNEY(S)/SENDER(S):** | Jonathan Webster<br>DASPIT LAW FIRM<br>440 Louisiana Street, Suite 1400<br>Houston, TX 77002<br>713-322-4878 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/12/2025, Expected Purge Date: 11/17/2025<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Nov 12, 2025
**Server Name:** Mauricio Segovia

| | |
|---|---|
| Entity Served | WAL-MART STORES TEXAS, LLC |
| Case Number | 137224-CV |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |

THE STATE OF TEXAS CITATION

**CAUSE NO. 137224-CV**
**149TH DISTRICT COURT**

TO: **Walmart Stores Texas, LLC** Defendant
**By Serving Its Registered Agent**
**CT Corporation System**
**1999 Bryan St., Suite 900**
**Dallas, Texas 75201 or wherever found**

NOTICE:

You have been sued. You may employ an attorney. If you or your Attorney do not file a written answer with the Clerk who issued this Citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Original Petition** a Default Judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. If filing Pro Se, said answer may be filed by mailing same to: Brazoria County District Clerk's office, 237 E. Locust, Room 206, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address.

The case is presently pending before the **149th District Court** of Brazoria County sitting in Angleton, Texas, and was filed on the **14th day of October, 2025.** It bears Cause No. **137224-CV** and Styled:

**Beatrice Beard**
**vs.**
**Wal-Mart Stores Texas, LLC**

The name and address of the Attorney filing this action (or Party, if Pro se) is, **Jonathan Webster, Daspit Law Firm, 440 Louisiana Street, Suite 1400, Houston, Texas 77002.**

The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's Petition to be attached to this Citation by Plaintiff's attorney.

Issued under my hand and the seal of said Court, at Angleton, Texas, on the **16th day of October, 2025.**

**CASSANDRA TIGNER, DISTRICT CLERK**
**Brazoria County, Texas**

By ______________________ Deputy
Brock Hicks

DISTRICT COURT BRAZORIA COUNTY, TEXAS

**Original**



Mauricio Segovia
PSC1689 Expires 8/31
2025/11/12 12:22:47

THE STATE OF TEXAS CITATION

RETURN OF SERVICE

CAUSE NO. 137224-CV 149th District Court

BEATRICE BEARD
VS.
WAL-MART STORES TEXAS, LLC

Walmart Stores Texas, LLC
By Serving Its Registered Agent
CT Corporation System
1999 Bryan St., Suite 900
Dallas, Texas 75201 or wherever found

Came to hand on the _________ day of _______________________, 20___ at __________, o'clock ____.m., and executed in ___________________ County, Texas by delivering to each of the within named parties in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Original Petition at the following times and places, to-wit:

NAME DATE TIME PLACE, COURSE, AND DISTANCE FROM COURTHOUSE MILEAGE

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

and not executed as to (NAME)___________________________________________________________

and the cause or failure to execute this process is for the following reason: ______________________________

______________________________________________________________________________

The diligence used in finding said (NAME) being: ______________________________________________

FEES:
Serving Citation and Copy $__________ ____________________________________, Officer
Mileage: ______ miles @ $______ per mile
$__________ ______________________________County, Texas
Total $__________ ________________________________________
Deputy/Authorized Person

<u>COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.</u>

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is ______________________________, my date of birth is ____________________, and my
(First, Middle, Last)
address is______________________________________________________________________________
(Street, City, State, Zip Code, Country)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _______________ County, State of _____________, on the ____ day of ______________, 20__.

______________________________________________
Declarant/Authorized Process Server

______________________________________________
(Id No. and expiration of certification)

THE STATE OF TEXAS CITATION

**CAUSE NO. 137224-CV**
**149TH DISTRICT COURT**

TO: **Walmart Stores Texas, LLC**
**By Serving Its Registered Agent**
**CT Corporation System**
**1999 Bryan St., Suite 900**
**Dallas, Texas 75201 or wherever found**

Defendant

NOTICE:

You have been sued. You may employ an attorney. If you or your Attorney do not file a written answer with the Clerk who issued this Citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Original Petition** a Default Judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. If filing Pro Se, said answer may be filed by mailing same to: Brazoria County District Clerk's office, 237 E. Locust, Room 206, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address.

The case is presently pending before the **149th District Court** of Brazoria County sitting in Angleton, Texas, and was filed on the **14th day of October, 2025.** It bears Cause No. **137224-CV** and Styled:

**Beatrice Beard**
**vs.**
**Wal-Mart Stores Texas, LLC**

The name and address of the Attorney filing this action (or Party, if Pro se) is, **Jonathan Webster, Daspit Law Firm, 440 Louisiana Street, Suite 1400, Houston, Texas 77002.**

The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's Petition to be attached to this Citation by Plaintiff's attorney.

Issued under my hand and the seal of said Court, at Angleton, Texas, on the **16th day of October, 2025.**

**CASSANDRA TIGNER, DISTRICT CLERK**
**Brazoria County, Texas**

By ______________________ Deputy
Brock Hicks

DISTRICT COURT ★ BRAZORIA COUNTY, TEXAS

**Service Copy**

THE STATE OF TEXAS CITATION

RETURN OF SERVICE

CAUSE NO. 137224-CV 149th District Court

BEATRICE BEARD
VS.
WAL-MART STORES TEXAS, LLC

Walmart Stores Texas, LLC
By Serving Its Registered Agent
CT Corporation System
1999 Bryan St., Suite 900
Dallas, Texas 75201 or wherever found

Came to hand on the _________ day of ________________________, 20___ at __________, o'clock ____.m., and executed in ____________________ County, Texas by delivering to each of the within named parties in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Original Petition at the following times and places, to-wit:

NAME DATE TIME PLACE, COURSE, AND DISTANCE FROM COURTHOUSE MILEAGE

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

and not executed as to (NAME)______________________________________________________

and the cause or failure to execute this process is for the following reason: ______________________________

______________________________________________________________________________

The diligence used in finding said (NAME) being: ______________________________________

FEES:
Serving Citation and Copy $__________ ________________________________, Officer
Mileage: ______ miles @ $______ per mile
$__________ ________________________________County, Texas
Total $__________ ________________________________
Deputy/Authorized Person

COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is ______________________________, my date of birth is ____________________, and my
(First, Middle, Last)
address is______________________________________________________________________
(Street, City, State, Zip Code, Country)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _______________ County, State of _____________, on the ____ day of _______________, 20__.

__________________________________________
Declarant/Authorized Process Server

__________________________________________
(Id No. and expiration of certification)

**CAUSE NO. 137224-CV**

| | | |
|---|---|---|
| **BEATRICE BEARD** | § | **IN THE DISTRICT COURT** |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **BRAZORIA COUNTY, TEXAS** |
| | § | |
| **WALMART STORES TEXAS, LLC** | § | |
| | § | |
| ***Defendant.*** | § | **149th JUDICIAL DISTRICT** |

**PLAINTIFF'S ORIGINAL PETITION**

Plaintiff, Beatrice Beard (hereinafter, "Plaintiff") complains of Defendant, Walmart Stores Texas, LLC, (hereinafter, "Defendant"), and would respectfully show the Court that:

**Discovery Control Plan**

1. Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

**Jurisdiction and Venue**

2. The claims asserted arise under the common law of Texas. This Court has jurisdiction, and the venue is proper because all or a substantial part of the events or omissions giving rise to the claim occurred in Brazoria County, Texas.

**Statement Regarding Monetary Relief Sought**

3. Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief over $250,000.00 but not more than $1,000,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees and judgment for all other relief to which Plaintiff is justly entitled. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary. Plaintiff further pleads that the amount in controversy in this matter does not exceed $75,000.00.

## Parties

4. Plaintiff is an individual residing in Brazoria County, Texas.

5. Defendant, Walmart Stores Texas, LLC, Texas (hereinafter "Defendant"), is a Delaware corporation engaged in business in Harris County, Texas. The defendant may be served with process by serving its registered agent, CT Corporation System, at 1999 Bryan St., Suite 900, Harris, Texas 75201.

## Facts

6. This lawsuit is necessary as a result of personal injuries that Plaintiff received on or about September 27, 2025. At that time, Plaintiff was an invitee at Defendant's store at 1710 Broadway Street Pearland, Texas 77581. A Walmart employee negligently pushed a large row of shopping carts into Plaintiff. There were no warning signs present or any other signs of caution near the area where the incident occurred. Plaintiff was not aware of the dangerous and defective condition.

7. At the time of the incident in question, Plaintiff was an invitee of Defendant. Defendant knew or should have known of the unreasonably dangerous condition and neither corrected nor warned Plaintiff of it. Plaintiff did not have any knowledge of the dangerous condition and could not have reasonably been expected to discover it. The defendant either created the condition and/or failed to correct the condition or to warn Plaintiff about the dangerous condition, which constituted negligence, and such negligence was a proximate cause of the occurrence in question and Plaintiff's resulting injuries.

8. Plaintiff would show that, based on the above-described facts, Defendant was negligent. Defendant, as occupier and owner of the premises, with control over the premises, had a duty to inform Plaintiff of the dangerous condition and make safe the defective condition existing on Defendant's premises.

9. Defendant is liable to Plaintiff under the theory of premises liability and negligence based on the following negligent conduct:

a. Negligently conducting active operations on the premises;

b. Failure to maintain the premises, including floor and walkways, in a reasonably safe condition;

c. Failure to inspect the premises where the dangerous condition existed;

d. Failure to correct the condition by taking reasonable measures to safeguard persons who entered the premises;

e. Failure to inform Plaintiff of the dangerous condition existing on the premises;

f. Negligent hiring and/or retention of employees;

g. Negligent training and/or supervision of employees, invitees, and subcontractors; and

h. Other acts deemed negligent.

10. Each of the foregoing negligent acts and/or omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages that are described below.

11. Defendant was also negligent in that it failed to act as a reasonably prudent premise owner would act in the same or similar situation.

**Damages**

12. As a result of these acts or omissions, Plaintiff sustained damages recognizable by law.

13. By virtue of the actions and conduct of Defendant as set forth above, Plaintiff was seriously injured and is entitled to recover the following damages:

a. Past and future medical expenses;

b. Past and future pain, suffering and mental anguish;

c. Past and future physical impairment;

d. Past and future physical disfigurement; and

e. Past lost wages and future loss of earning capacity.

14. By reason of the above, Plaintiff is entitled to recover damages from Defendant in an amount within the jurisdictional limits of this Court, as well as pre- and post-judgment interest.

**Rule 193.7 Notice**

15. Plaintiff hereby gives actual notice to Defendant that any and all documents produced may be used against Defendant at any pre-trial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

**Initial Disclosures**

16. Pursuant to Texas Rules of Civil Procedure 194, Defendant must, without awaiting a discovery request, provide the information or materials described in TEXAS RULE OF CIVIL PROCEDURE 194.2 within 30 days of being served with this petition.

**Prayer**

Plaintiff prays that this citation issue and be served upon Defendant in a form and manner prescribed by law, requiring that Defendant appear and answer, and that upon final hearing, Plaintiff has a judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, and all such other and further relief, to which she may be justly entitled.

*[signature block on next page]*

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/ Jonathan Webster*
**Jonathan Webster**

Texas State Bar No. 24102636
440 Louisiana Street, Suite 1400
Houston, Texas 77002
Phone: 713-322-4878
Facsimile: 713-587-9086
E-mail: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFFS**